■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT LANGDON, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Appeal unanimously dismissed as academic. Memorandum: It appears that the issues presented herein have become moot by reason of the expiration of appellant's maximum sentence and his discharge from custody. Moreover, appellant's contentions are without merit in the light of *People ex rel. Petite v. Follette* (24 N Y 2d 60). (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus.) Present — Goldman, P. J., Del Vecchio, Marsh, Gabrielli and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS EVE, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Judgment unanimously affirmed, without prejudice to an application in Supreme Court, New York County, for a writ of error *coram nobis*. (See *People v. Pohl*, 23 N Y 2d 290.) (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.